# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| **RODNEY ANDREWS and** | ) | |
| **VALERIE ANDREWS,** | ) | |
| **Appellants** | ) | **Civ.S-10-1205 JAM** |
|  | ) | |
|  | ) | |
|  | ) | **NOTICE** |

   **YOU ARE HEREBY NOTIFIED** that Judge Mendez ordered the following with respect to the above-entitled action:

On July 8, 2010, at docket # 3, the Certificate of Record and Bankruptcy Briefing Schedule was issued in this matter.  Appellant's opening brief was due to be filed within fourteen (14) days of July 8, 2010.  The docket sheet is absent such a filing, nor is there a request to extend the filing date.
Accordingly, on or before August 16, 2010, Appellant shall show cause in writing why this matter should not be dismissed for lack of prosecution.

Dated: 8/9/10

     Victoria C. Minor,  Clerk
By:

       /s/
_____
H. A. Vine
Courtroom Clerk